**Opinion issued March 3, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00178-CV

————————————

## IN RE ROCIO GOMEZ, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Rocio Gomez has filed a petition for writ of mandamus challenging the trial court's signing of a decree of divorce.[1]  Relator presently has a motion to vacate the decree set for a hearing in the trial court on March 25, 2026.  We therefore deny mandamus relief to allow the trial court to first address the issue. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

---

[1]    The underlying case is *In the Matter of the Marriage of Rocio Gomez and Manuel Antonio Gomez*, cause number 2024-69385, pending in the 507th District Court of Harris County, Texas, the Honorable Lillian Alexander presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.